DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TERESA W. RICHARDSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:07-cr-00256 AWI |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ) ) | ORDER |
| TERESA W. RICHARDSON, | ) ) | Date: November 19, 2007 |
| Defendant. | ) ) | Time: 9:00 A.M. Judge: Hon. Anthony W. Ishii |
|  | ) |  |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that the status conference hearing in the above-referenced matter now set for November 13, 2007, **may be continued to November 19, 2007 at 9:00 A.M.**

This request for continuance is made by counsel for defendant to allow additional time for case investigation and preparation before hearing. The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

///

The parties also agree that the delay resulting from the continuance shall be excluded in the interests of justice, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: November 2, 2007     By  Mark J. McKeon
MARK J. McKEON
Assistant United States Attorney
Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Public Defender

DATED: November 2, 2007     By  /s/ Melody M. Walcott
MELODY M. WALCOTT
Assistant Federal Defender
Attorney for Defendant
TERESA W. RICHARDSON

**O R D E R**

**IT IS SO ORDERED**.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).


IT IS SO ORDERED.

**Dated:    November 8, 2007**           /s/ Anthony W. Ishii
UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; [Proposed] Order
–2–